Debtor's Name: ANTHONY KERR

## Request for 30-Day Temporary Waiver of the Credit Counseling Requirement

*To ask for a 30-day temporary waiver of the credit counseling requirement, you must explain what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.*

I made several call to set up an appointment for Credit counsel. I will be doing my counselling online through one of the Credit counselling portal that was given to me.

Date: 7/5/2023

_____ ) Beneficiary
**Debtor's Signature**

2023 JUL -5 A 11: 01   RECEIVED