# Notice Recipients

District/Off: 0207−1         User: admin         Date Created: 7/6/2023
Case: 1−23−42356−nhl         Form ID: 760         Total: 3

**Recipients of Notice of Electronic Filing:**
tr      Krista M Preuss      info@ch13edny.com

                                                                  TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Anthony Kerr      937 E 55th Street      Brooklyn, NY 11234
smg      Office of the United States Trustee      Eastern District of NY (Brooklyn)      Alexander Hamilton Custom House      One Bowling Green, Room 510      New York, NY 10004−1408

                                                                  TOTAL: 2