# Notice Recipients

District/Off: 0207−1　　　　　User: admin　　　　　Date Created: 7/6/2023
Case: 1−23−42356−nhl　　　　　Form ID: 245　　　　　Total: 4

**Recipients of Notice of Electronic Filing:**
tr　　　Krista M Preuss　　　info@ch13edny.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　　Anthony Kerr　　　937 E 55th Street　　　Brooklyn, NY 11234
smg　　　Office of the United States Trustee　　　Eastern District of NY (Brooklyn)　　　Alexander Hamilton Custom House　　　One Bowling Green, Room 510　　　New York, NY 10004−1408
10212284　WIK FAMILY TRUST　　　363 E 53RD STREET　　　BROOKLYN, NEW YORK 11203

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3