# Notice Recipients

District/Off: 0207−1     User: admin     Date Created: 7/6/2023
Case: 1−23−42356−nhl     Form ID: 309I     Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Anthony Kerr     937 E 55th Street     Brooklyn, NY 11234
tr     Krista M Preuss     Krista M. Preuss, Chapter 13 Trustee     100 Jericho Quadrangle     Ste 127     Jericho, NY 11753
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn)     Alexander Hamilton Custom House     One Bowling Green, Room 510     New York, NY 10004−1408
10212284     WIK FAMILY TRUST     363 E 53RD STREET     BROOKLYN, NEW YORK 11203

TOTAL: 4