UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In Re:

Anthony Kerr,  Case No 23-42356

   Debtor.  Chapter 13
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-1 Mortgage Loan Asset Backed Certificates, Series 2007-1 (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Raquel Felix, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

Dated: July 10, 2023
Westbury, NY

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    900 Merchants Concourse, Suite 310
    Westbury, NY 11590
    Phone: (516) 280-7675
    Fax:    (516) 280-7674

    By: /s/ Raquel Felix
    Raquel Felix, Esquire

23-133445 - RaF

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In Re:

Anthony Kerr,                                             Case No 23-42356

  Debtor.                                                Chapter 13
-------------------------------------------------------------------x

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on July 12, 2023, I caused the foregoing Notice of

Appearance and Request for Service to be electronically filed with the Clerk of Court by using

the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States

Mail to the following parties:

ANTHONY KERR
937 E 55TH STREET
BROOKLYN, NY  11234

KRISTA M PREUSS
KRISTA M. PREUSS, CHAPTER 13 TRUSTEE
100 JERICHO QUADRANGLE
STE 127
JERICHO, NY  11753

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY (BROOKLYN)
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN
ROOM 510
NEW YORK, NY  10004-1408

Dated: July 12, 2023
Westbury, NY

                              By: /s/ Emily Cheng

23-133445 - RaF