UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| IN RE | CHAPTER 13 |
| ANTHONY KERR | CASE NO. 1-23-42356-nhl |
| | JUDGE: Nancy Hershey Lord |
| DEBTOR | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for JPMorgan Chase Bank, National Association, a creditor and a party in interest, pertaining to property located at 937 East 55th Street, Brooklyn, NY 11234, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated:  _July 18 2023_____

                        Respectfully Submitted,
                        __/s/Shari Barak
                        _____

                        Shari S. Barak
                        LOGS Legal Group LLP
                        Attorneys for JPMorgan Chase Bank, National Association
                        175 Mile Crossing Boulevard
                        Rochester, New York 14624
                        Telephone: (585) 247-9000
                        Fax: (585) 247-7380

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 18, 2023, a copy of Notice of Appearance was caused to be deposited in an enclosed, properly addressed post-paid envelope, and served by ordinary U.S. Mail, postage prepaid, and/or electronically upon the following:

Debtor Appearing Pro Se
Anthony Kerr
937 East 55th Street
Brooklyn, NY 11234

Trustee
Krista M Preuss
Office of the Chapter 13 Trustee
info@ch13edny.com


Dated: _July 18, 2023_             /s/Shari Barak

                                              Shari S. Barak
                                              LOGS Legal Group LLP
                                              175 Mile Crossing Boulevard
                                              Rochester, New York 14624
                                              Telephone: (585) 247-9000
                                              Fax: (585) 247-7380
                                              Email: logsecf@logs.com