# Notice Recipients

District/Off: 0207−1     User: admin     Date Created: 8/7/2023
Case: 1−23−42356−nhl     Form ID: 273     Total: 3

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
tr     Krista M Preuss     info@ch13edny.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Anthony Kerr     937 E 55th Street     Brooklyn, NY 11234

TOTAL: 1