Meet Anthony Kerr, a skilled handyman with a knack for fixing and crafting. With a passion for transforming the ordinary into the extraordinary, Anthony Kerr brings over three (3) to Four (4) years of experience to every project. Their dedication and craftsmanship shine through in every task, whether repairing, renovating, or creating something new. Anthony Kerr combines affordability with quality work with an annual income of approximately $12,000.00.

*/s/ A. Kerr*

RECEIVED 2023 AUG 11 P 2:54 U.S. BANKRUPTCY COURT EASTERN DISTRICT NEW YORK