UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION
==========================================X
IN RE

ANTHONY KERR

                DEBTOR:
==========================================X

CHAPTER 13

CASE NO. 1-23-42356-nhl

JUDGE: Nancy Hershey Lord

## MOTION FOR ENLARGMENT OF TIME TO RESPOND TO TRUSTEE APPLICATION TO DISMISS BANKRUPTCY

I, Anthony-Robert :Kerr, Beneficiary, that the undersigned appears as Attorney in Fact for

ANTHONY KERR, DEBTOR

I was just made aware of a NOTICE OF HEARING by Bryan Leinnbach, ZEICHNER

ELLMAN & KRAUSE LLP. MOTION TO LIFT THE AUTOMATIC STAY AND FOR

PROSPECTIVE RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. §362(D)(4).

This MOTION was found on the ground in-front of 937 E 55th Street, Brooklyn, NY 11234,

September 1, 2023.

As a result it does not give DEBTOR enough time to respond and object to this motion.

The Debtor requests an enlargement of time to Object to the Motion to Lift the Automatic stay

and For Prospective Relief from the Automatic Stay under 11 U.S.C. §362(D)(4).

Debtor seek this time to Object and seek counsel in order to properly object to this MOTION.

Dated: September 5, 2023

By: _____
       Anthony-Robert :Kerr, Benificiary
       ANTHONY KERR, DEBTOR

Return Date: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Case No. 1-23-42356-nhl

Chapter 13

Anthony R. Kerr _____ Debtor(s)
-----------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that a hearing will be held before the Hon. _____ United States Bankruptcy Judge, to consider the motion for an Order granting relief as follows:

_____
_____
_____
_____
_____

**Date of hearing*:** _____

**Time:** _____

## *Hearing to be held by telephone or video.

For call-in information, you must first register your appearance with eCourt Appearances at *https://www.nyeb.uscourts.gov/node/2126*

Dated: _____      _____
                          Signature

Print name: Anthony Kerr
Address: 937 155th Street
         Brooklyn NY 11234

Phone: 646-739-7960
Email: tonybrd@aol.com